ERIC P. ISRAEL (State Bar No. 132426)
*eisrael@DanningGill.com*
AARON E. DE LEEST (State Bar No. 216832)
*adeleest@DanningGill.com*
DANNING, GILL, ISRAEL & KRASNOFF, LLP
1901 Avenue of the Stars, Suite 450
Los Angeles, California 90067-6006
Telephone: (310) 277-0077
Facsimile: (310) 277-5735

[Proposed] General Counsel for AGS Pro, Inc.,
Debtor and Debtor-In-Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>AGS PRO, INC.,<br><br>Debtor. | Case No. 2:23-bk-12236-DS<br><br>Chapter 11<br><br>**NOTICE OF APPLICATION AND APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY SANTIAGO LAW GROUP AND EGGLESTON, KING, DAVIS, LLP, AS ITS SPECIAL LITIGATION CO-COUNSEL; AND STATEMENT OF DISINTERESTEDNESS**<br><br>[No Hearing Required] |

**TO THE HONORABLE DEBORAH J. SALTZMAN, UNITED STATES BANKRUPTCY JUDGE, AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that the debtor and debtor in possession herein, AGS Pro, Inc. (the “Debtor”), will and hereby does move the Court for entry of an order under 11 U.S.C. § 327(e) authorizing the Debtor to employ Santiago Law Group (“Santiago”) and Eggleston, King, Davis, LLP (“EKD”) (collectively the “Firms”) as special litigation co-counsel, effective as of April 13, 2023 (the “Petition Date”). In compliance with LBR 2014-1(b)(3), the Debtor hereby provides the following information regarding the Application:

1. Identity of professional and the purpose and scope for which it is being employed

The Debtor seeks to employ the Firms as its special litigation co-counsel.

2. Whether professional seeks compensation pursuant to 11 U.S.C. § 328 or 11 U.S.C. § 330

The Debtor seeks to employ the Firms pursuant to 11 U.S.C. § 327(e). The Firms will seek approval of their compensation and reimbursement of expenses via fee applications pursuant to 11 U.S.C. §§ 330 and 331.

3. Background and arrangements for compensation

The Debtor provides security services throughout the United States and internationally with strategic alliance partnerships. Although founded in 2017, the Debtor's team has been trusted in the security industry by businesses across the country and around the world for decades. The Debtor's services include commercial security, estate security and special events.

The Debtor's headquarters are located at 6133 Bristol Parkway, Suites 175 and 280, Culver City, California 90230. The Debtor has approximately 320 employees and operates in Los Angeles, Las Vegas, and Honduras, Nicaragua and El Salvador. Many of the employees are employed on a part time or project basis. The Debtor's revenues in 2022 were $13,826,904.55. However, its profitability has been materially affected by ongoing litigation brought by several competing security companies acting under the management of Allied Universal Security Services ("Allied") or its various subsidiaries.

In particular, commencing in October 2018, Allied caused four lawsuits to be filed in federal and state court in New York and California against the Debtor and others in the name of its newly-purchased subsidiary, U.S. Security Associates, Inc. ("USSA") and USSA's subsidiary, Andrews International Government Services, Inc. ("AIGS"). The suits were filed in the wake of the resignation of Randy Andrews (the father of AGS' CEO, Lee Andrews), as Chief Executive Officer of AIGS and Chief Security Officer of USSA. The suits included the following (collectively the "Lawsuits"):

a. _USSA v. Randy Andrews_, (USDC S.D.N.Y.) Case No: 2:21-cv-02263-DSF (Breach of Share Purchase Agreement). This matter, originally commenced in the district court for the Southern District of New York, was transferred to the Central District of California in 2021, before Judge Fischer. The matter was tried to the bench in March of 2022, resulting in a $1 judgment against Randy Andrews.

b. _AIGS v. AGS, Randy Andrews, Lee Andrews, Don Anderson, George Casillas and John Adams_, individually (USDC C.D. Cal.) Case No: 2:19-cv-02042 DSF (Trademark Confusion). This matter was voluntarily dismissed by AIGS in January of 2022.

c. _USSA v. Randy Andrews_, Los Angeles County Superior Court Case No. 19STCV05084. (Breach of Employment Agreement, Breach of Fiduciary Duty, Misappropriation of Trade Secrets, Intentional Interference with prospective economic advantage) (the "USSA Lawsuit"). This matter was consolidated for trial with matter 18STCV02533 (the "Trade Secrets Lawsuit" (described below) and went to trial on February 27, 2023, Judge Barbara Meiers presiding. It resulted in all three defendants being held jointly and severally liable for $13,028,868 in compensatory damages and the Debtor and Randy Andrews being held personally liable for $2 million in punitive damages. Randy Andrews filed a counterclaim for employment law violations by USSA, however, that matter resulted in summary judgment in favor of USSA. AGS is advised that an appeal will be commenced concerning these matters and that Randy Andrews likely will seek relief under Chapter 11 as well.

d. _U.S. Security Associates, Inc. v. Andrews Global Security, Inc., Don Anderson, and George Casillas_, Los Angeles County Superior Court Case No. 18STCV02533 (the "Trade Secrets Lawsuit"). Don Anderson is an employee and President of Special Events, and George Casillas ("Casillas") was a disgruntled, dismissed former employee. The Trade Secrets Lawsuit was hotly contested, and eventually following a jury trial which included erroneous jury instructions, the Superior Court issued rulings indicating a judgment is imminent and that it will be for $15,028,868 million (the "USSA Judgment"). Post-petition, in violation of the automatic stay, the Superior Court entered judgment against the Debtor. The Debtor plans to vigorously pursue appropriate appeals of the USSA Judgment.

The Firms represented the Debtor, Randy Andrews and Don Anderson jointly in the Trade Secrets Lawsuit and Randy Andrews in the USSA Lawsuit (collectively, the "Lawsuits"). Santiago and EKD will each charge for their services at an hourly rate measured in increments of tenths of an hour. The Firms will each also seek reimbursement of their expenses.

EKD professional rates are as follows:

- $525 per hours for Whitney A. Davis
- $325 per hour for associates
- $150 per hour for paralegals

Santiagos's professional rates are as follows:

- $475 per hour for Art Santiago
- $375 per hour for associates
- $150 per hour for Paralegal/Legal Assistant

The Firms' rates may change from time to time in the future.

The Firms will file appropriate interim fee applications and eventually a final fee application, seeking allowance of all fees and costs, in conformity with the requirements of Bankruptcy Code Sections 330 and 331. The Firms understand that their compensation in the Debtor's case will be subject to the approval of the Court. The source of future payments to the Firms will be 50% from the Debtor's estate, and 50% from Randy Andrews. No post- petition retainer has been paid or will be paid to the Firms.

4. <u>Name, address and telephone number of person who will provide a copy of the Application</u>

A copy of the Application is appended hereto. Copies may also be requested by contacting Shelly Panta at Danning, Gill, Israel & Krasnoff, LLP, 1901 Avenue of the Stars, Suite 450, Los Angeles, California 90067, Email: spanta@DanningGill.com. Her telephone number is (310) 277-0077.

This Application is based upon this notice and application, the declarations of Artemio M. Santiago and Whitney A. Davis, the papers and pleadings on file in this case, and such other evidence as may be presented to the Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 9013 1(o)(1)(A)(ii), any objection and request for hearing must be in writing and must be filed and served within fourteen (14) days after of the date of mailing of this Notice, plus an additional 3 days if this notice of motion was served by mail or pursuant to Fed. R. Civ. P. 5(b)(2)(D) or (F). The response or opposition to the application shall be filed with the Bankruptcy Court and served on the United States Trustee, at 915 Wilshire Boulevard, Suite 1850, Los Angeles, CA 90017, the Trustee at the address on the upper left-hand corner of this notice, and proposed counsel for the Debtor, Eric P. Israel, at 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067.

If you fail to file a written response within fourteen days of the date of the service of this notice, plus an additional 3 days if this notice of motion was served by mail or pursuant to Fed. R. Civ. P. 5(b)(2)(D) or (F), the Court may treat such failure as a waiver of your right to oppose the application and may grant the requested relief.

DATED: May 12, 2023 DANNING, GILL, ISRAEL & KRASNOFF, LLP

By: */s/ Aaron E. De Leest*
AARON E. DE LEEST
Proposed Attorneys for AGS Pro, Inc.,
Debtor and Debtor-in-Possession

MAILING DATE: May 12, 2023

## APPLICATION

AGS Pro, Inc. (the "Debtor"), respectfully represents as follows:

### A. BANKRUPTCY BACKGROUND

1. On April 13, 2023 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Code"). The Debtor remains in possession of its property and continues to operate its business as a debtor in possession pursuant to sections 1107(a) and 1108 of the Code.

### B. THE DEBTOR'S HISTORY AND BUSINESS OPERATIONS

2. The Debtor provides security services throughout the United States and internationally with strategic alliance partnerships. Although founded in 2017, the Debtor's team has been trusted in the security industry by businesses across the country and around the world for decades. The Debtor's services include commercial security, estate security and special events.

The Debtor's headquarters are located at 6133 Bristol Parkway, Suites 175 and 280, Culver City, California 90230. The Debtor has approximately 320 employees and operates in Los Angeles, Las Vegas, and Honduras, Nicaragua and El Salvador. Many of the Debtor's employees work on a part time or project basis. The Debtor's revenues in 2022 were $13,826,904.55. However, its profitability has been materially affected by ongoing litigation brought by several competing security companies acting under the management of Allied Universal Security Services ("Allied") or its various subsidiaries.

3. In particular, commencing in October 2018, Allied caused four lawsuits to be filed in federal and state court in New York and California against the Debtor and others in the name of its newly-purchased subsidiary, U.S. Security Associates, Inc. ("USSA") and USSA's subsidiary, Andrews International Government Services, Inc. ("AIGS"). The suits were filed in the wake of the resignation of Randy Andrews (the father of AGS' CEO, Lee Andrews), as Chief Executive Officer of AIGS and Chief Security Officer of USSA. The suits included the following (collectively the "Lawsuits"):

(a) *USSA v. Randy Andrews*, (USDC S.D.N.Y.) Case No: 2:21-cv-02263-DSF (Breach of Share Purchase Agreement). This matter, originally commenced in the district court for the Southern District of New York, was transferred to the Central District of California in 2021, before Judge Fischer. The matter was tried to the bench in March of 2022, resulting in a $1 judgment against Randy Andrews.

(b) *AIGS v. AGS*, (USDC C.D. Cal.) Case No: 2:19-cv-02042 DSF (Trademark Confusion). This matter was voluntarily dismissed by AIGS in January of 2022.

(c) *USSA v. Randy Andrews*, Los Angeles County Superior Court Case No. 19STCV05084. (Breach of Employment Agreement, Breach of Fiduciary Duty, Misappropriation of Trade Secrets, Intentional Interference with prospective economic advantage). This matter was consolidated for trial with matter 18STCV02533 (the "Trade Secrets Lawsuit" (described below) and went to trial on February 27, 2023, Judge Barbara Meiers presiding. It resulted in all three defendants being held jointly and severally liable for $13,028,868 in compensatory damages and the Debtor and Randy Andrews being held personally liable for $2 million in punitive damages. Randy Andrews filed a counterclaim for employment law violations by USSA, however, that matter resulted in summary judgment in favor of USSA. AGS is advised that an appeal will be commenced concerning these matters and that Randy Andrews likely will seek relief under Chapter 11 as well.

(d) *U.S. Security Associates, Inc. v. Andrews Global Security, Inc., Don Anderson, Randy Andrews and George Casillas*, Los Angeles County Superior Court Case No. 18STCV02533 (the "Trade Secrets Lawsuit"). Randy Andrews is the father of Lee Andrews, Don Anderson is an employee and President of Special Events, and George Casillas ("Casillas") was a disgruntled, dismissed former employee. The Trade Secrets Lawsuit was hotly contested, and eventually following a jury trial which included erroneous jury instructions, the Superior Court issued rulings indicating a judgment is imminent and that it will be for $15,028,868 million (the "USSA Judgment"). Post-petition, in violation of the automatic stay, the Superior Court entered judgment against the Debtor. The Debtor plans to vigorously pursue appropriate appeals of the USSA Judgment.

**C. THE DEBTOR'S PLAN FOR THIS CASE**

4. The Debtor intends to appeal from the USSA Judgment, and its attorneys advise that significant, material errors were made by the Superior Court including in the jury instructions. However, the Debtor is advised that an appeal to the California Court of Appeals typically takes 30 months to resolve. If the USAA Judgment is reversed, the matter may be remanded back to the Superior Court, resulting in further litigation.

**D. THE DEBTOR'S PROPOSED RETENTION OF SANTIAGO LAW GROUP AND EGGLESTON, KING & DAVIS, LLP AS ITS SPECIAL LITIGATION CO-COUNSEL**

5. It is necessary for the Debtor to employ special litigation counsel to represent the Debtor in and with respect to ongoing and future matters that will arise in relation to the Trade Secrets Lawsuit and subsequent appeal of the USSA Judgment. Santiago will also serve as a document retention repository for the Debtor, and work on post-trial motions with EKD. The Debtor proposes to retain the Firms as its special litigation co-counsel, effective as of April 13, 2023. Santiago and EKD were co-counsel in the Trade Secrets Lawsuit and represented the Debtor prior to the Petition Date in the Trade Secrets Lawsuit. They are intimately familiar with the facts and issues in the Lawsuits and their employment is necessary to provide continuity in prosecuting the appeal. If the appeal is successful and results in a reversal and remand, the Firms will handle the re-trial. The Debtor will also, pursuant to separate application, seek to employ special appellate counsel to handle the actual appeal of the USSA Judgment.

6. The principal attorney at Santiago who will be working with the Debtor is Artemio M. Santiago. He has significant trial experience and specializes in contentious litigation matters. Mr. Santiago has handled a variety of business litigation matters over the past twenty five years.

7. Santiago is competent to perform the requisite legal services in this case. Santiago's breadth of experience and length of service in the legal community is described in its bios, copies of which are attached as Exhibit "1" hereto.

/ / /

8. The principal attorney at EKD who will be working with the Debtor is Whitney Davis. EKD is a preeminent full service law firm with its principal office in Weatherford, Texas. It also has offices in Fort Worth, Texas, Sacramento and Los Angeles, California.

9. EKD is competent to perform the requisite legal services in this case. Mr. Davis' breadth of experience in bankruptcy and non-bankruptcy matters as well and his length of service in the legal community is described in his biographical information, a copy of which is attached as Exhibit "2" hereto.

10. Both Santiago and EKD are both pre-petition creditors of the Debtor. Santiago was owed $80,345.57 on the Petition Date, and EKD was owed $37,486.59 on the Petition Date. They jointly represented the other defendants in the Trade Secrets Lawsuit – Randy Andrews and Don Anderson. Randy Andrews is the Debtor's CEO, Lee Andrews' father.

**E. <u>PROCEDURES FOR FUTURE PAYMENTS</u>**

11. The Firms will charge for their services at an hourly rate measured in increments of tenths of an hour. It will also seek reimbursement of its expenses at actual cost.

EKD professional rates are as follows:

- $525 per hour for Whitney A. Davis
- $325 per hour for associates
- $150 per hour for paralegals

Santiagos's professional rates are as follows:

- $475 per hour for Art Santiago
- $375 per hour for associates
- $150 per hour for Paralegal/Legal Assistant

12. The Firms will file interim fee applications and eventually a final fee application, seeking final allowance of all fees and costs, in conformity with the requirements of Bankruptcy Code Sections 330 and 331. No post- petition retainer has been paid or will be paid to the Firms.

13. The Firms understand that their compensation from the Debtor's case will be subject to the approval of the Court.

14. The Debtor has agreed with Randy Andrews to split the fees and costs of Santiago and EKD evenly, 50/50%. The source of future payments to the Firms on behalf of the Debtor will be the Debtor's estate. It is anticipated that Randy Andrews may need to file bankruptcy personally in light of the judgments. If he does, an appropriate employment application will be filed in Randy Andrews' case as well.

15. Although the Debtor filed an application to employ the firm of Danning, Gill, Israel & Krasnoff, LLP ("DGIK") as its general bankruptcy counsel, DGIK is not being retained to handle the Lawsuits, and is not prepared to do so. Retaining pre-petition counsel to continue handling the Lawsuits makes good sense.

**F. <u>DISINTERESTEDNESS OF SANTIAGO AND EKD</u>**

16. As of the date of this Application, to the best of the Debtor's knowledge and after consideration of the disclosures in the Statement of Disinterestedness filed concurrently herewith, the Debtor believes that the Firms and all of their partners and associates are disinterested persons as that term is defined in 11 U.S.C. § 101(14), and neither the Firms nor any partners or associates of the Firms are connected with the Debtor, its creditors, any other party in interest, its attorneys and accountants, or to this estate, and has no relation to any bankruptcy judge presiding in this district, the Clerk of the Court or any relation to the United States Trustee in this district, or any person employed at the Court or the Office of the United States Trustee, nor do the Firms or its attorneys represent or hold an adverse interest with respect to the Debtor, any creditor, or to this estate, except that they represented the Debtor, Randy Andrews and Don Anderson pre-petition in the Lawsuits. Santiago is owed approximately $80,345.57 for services rendered pre-petition. EKD is owed approximately $37,486.59 for pre-petition services. As a result, both Santiago and EKD are pre-petition creditors of the Debtor. .

/ / /

/ / /

/ / /

/ / /

WHEREFORE, the Debtor requests that the Court enter an order authorizing it to employ Santiago and EKD as its special litigation co-counsel, effective as of April 13, 2023, as an administrative expense in this bankruptcy case, and for such other and further relief as may be determined just and proper.

DATED: May 12, 2023

AGS PRO, INC.

By: ______________________________

Lee Andrews, Chief Executive Officer

**STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER F.R.B.P. 2014**

1. Name, address and telephone number of the professional ("the Professional" or "the "Firm") submitting this Statement:

   Santiago Law Group
   21300 Victory Boulevard, Suite 470
   Woodland Hills, California 91367
   Telephone number: (818) 657-5600

   Attached as Exhibit "1" is a true and correct copy of Santiago's biographical information.

2. The services to be rendered by the Professional in this case are (specify):

   See p. 8 of the Application.

3. The terms and source of the proposed compensation and reimbursement of the Professional are (specify):

   See p. 9 of the Application.

4. The nature and terms of retainer for Santiago (i.e., nonrefundable versus an advance against fees) held by the Professional are (specify):

   Not applicable.

5. The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of (specify):

   We conducted a conflict check with respect to the Debtor, its owners and principals, and all of the creditors listed on the master mailing list to determine whether Santiago has any prior attorney-client relationship or other connection thereto. No such conflicts of interest were found to exist.

6. The following is a complete description of all of the Professional's connections with the debtor, principals of the debtor, insiders, the debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee (specify, attaching extra pages as necessary):

   None, except that it represented the Debtor, Randy Andrews and Don Anderson pre-petition and the Debtor owes Santiago approximately $80,345.57.

7. The Professional is not a creditor, an equity security holder or an insider of the debtor, except as follows (specify, attaching extra pages as necessary):

   Santiago is owed approximately $80,345.57 for services rendered pre-petition.

8. The Professional is not and was not, within 2 years before the date of the filing of the petition, a director, officer or employee of the Debtor.

9. The Professional does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason, except as follows (specify, attaching extra pages as necessary): None

10. Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional (specify):

Mr. Artemio Santiago
Santiago Law Group
21300 Victory Boulevard, suite 470
Woodland Hills, California 91367
Telephone number: (818) 657-5600

11. The Professional is not a relative or employee of the United States Trustee or a Bankruptcy Judge, except as follows (specify, attaching extra pages as necessary):

None.

12. Total number of attached pages of supporting documentation: 3

13. After conducting or supervising the investigation described in paragraph 5 above, I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct except that I declare that paragraphs 6 through 9 and 11 are stated on information and belief.

Executed on May 12, 2023, at Woodland Hills, California.

DocuSigned by:
artemio m santiago
442A12445E6E449...
ARTEMIO SANTIAGO

**STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT OF PROFESSIONAL PERSON UNDER F.R.B.P. 2014**

1. Name, address and telephone number of the professional ("the Professional" or "the "Firm") submitting this Statement:

   Eggleston, King, Davis, LLP
   641 Fulton Avenue, Suite 200
   Sacramento, California 95824
   Telephone number: (817) 596-4200

   Attached as Exhibit "2" is a true and correct copy of Mr. Davis' biographical information.

2. The services to be rendered by the Professional in this case are (specify):

   See p. 8 of the Application.

3. The terms and source of the proposed compensation and reimbursement of the Professional are (specify):

   See p. 9 of the Application.

4. The nature and terms of retainer for EKD (i.e., nonrefundable versus an advance against fees) held by the Professional are (specify):

   Not applicable.

5. The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of (specify):

   We conducted a conflict check with respect to the Debtor, its owners and principals, and all of the creditors listed on the master mailing list to determine whether EKD has any prior attorney-client relationship or other connection thereto. No such conflicts of interests were found to exist.

6. The following is a complete description of all of the Professional's connections with the debtor, principals of the debtor, insiders, the debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee (specify, attaching extra pages as necessary):

   None, except that it represented the Debtor, Randy Andrews and Don Anderson pre-petition and is owed approximately $37,486.59 by the Debtor.

7. The Professional is not a creditor, an equity security holder or an insider of the debtor, except as follows (specify, attaching extra pages as necessary):

   EKD is owed approximately $37,486.59 for pre-petition services.

8. The Professional is not and was not, within 2 years before the date of the filing of the petition, a director, officer or employee of the Debtor.

9. The Professional does not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason, except as follows (specify, attaching extra pages as necessary):
None.

10. Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional (specify):
Whitney A. Davis
Eggleston, King, Davis, LLP
641 Fulton Avenue, Suite 200
Sacramento, California 95824
Telephone number: (817) 596-4200

11. The Professional is not a relative or employee of the United States Trustee or a Bankruptcy Judge, except as follows (specify, attaching extra pages as necessary):
None.

12. Total number of attached pages of supporting documentation: 6

13. After conducting or supervising the investigation described in paragraph 5 above, I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct except that I declare that paragraphs 6 through 9 and 11 are stated on information and belief.
Executed on May 12, 2023, in Sacramento, California.

WHITNEY A. DAVIS

# EXHIBIT “1”

**Artemio M. Santiago Biography**

Artemio M. Santiago, the firm's lead trial attorney, has significant trial experience, and specializes in contentious litigation matters. Mr. Santiago maintains a high success rate in the cases tried on behalf of his clients.

Over the past twenty-five years, Mr. Santiago has handled a variety of business litigation matters. His approach at all stages of conflict focuses on the best interests of his clients. Although always ready and able to take matters to trial if the need arises, Mr. Santiago uses his skills to negotiate fair and equitable settlements for his clients.

Mr. Santiago's true specialty lies in complex and contentious probate and trust litigation disputes, often confronting difficult family issues during the course of litigation. Mr. Santiago has earned a reputation in the probate courts as a fierce and polished trial attorney, with almost uniformly successful results.

Art Santiago maintains a thriving estate litigation practice which often involves estates in the tens of millions of dollars in assets. Mr. Santiago successfully resolved a claim on behalf of the estate of an heir to the Harrah casino fortune in Los Angeles. In September of 2012, Mr. Santiago successfully recovered $1.2 million from the Verna Harrah Estate (widow of casino magnate Bill Harrah), despite contentions by the family lawyers that his client was an excluded heiress under California law.

Well versed and extremely effective in contentious business litigation, Art Santiago served as co-lead counsel in a multi-million dollar aerospace parts distribution suit concerning rights to sell commercial and military jet parts. When initially the aerospace company refused to make any settlement offer, Mr. Santiago proceeded to arbitration against the company. After prevailing in the liability phase before a three-judge Arbitration panel (3-0), Mr. Santiago resolved the matter for $11.7 million, one of the largest non-confidential settlements on an individual matter for the year of 2011 in the state of California.

In another of his successes, Mr. Santiago prevailed over a trustee who had taken family estate assets and used them as her own, despite the fact that her siblings were entitled to their fair share. Mr. Santiago was victorious at trial and convinced the Court that the trustee should be punished and forced to pay the damages and penalties from her own distributive share. When the rogue trustee appealed, the arguments ultimately ended up in the California Court of Appeal, which resoundingly affirmed Mr. Santiago's victory in the unanimous published opinion of Chatard v. Oveross (2009) 179 Cal.App.4th 1098. The California Court of Appeal held that the share of a trustee-beneficiary who breached her fiduciary duty could be reached by the other beneficiaries to satisfy the damages caused by the trustee, despite the existence of a spendthrift clause in the trust.

Mr. Santiago graduated magna cum laude from Whittier Law School.

**Bar Admissions:**
California, 1995

**Education:**
Whittier Law School, Los Angeles, California, 1995, J.D.

.

**Reiley F. Ewing Biography**

Reiley F. Ewing is a highly experienced estate litigation attorney with a proven track record of success in resolving complex estate disputes. He received his J.D. from Loyola Law School where he earned a mediation training certificate from the Center for Conflict Resolution.

Reiley's practice focuses on estate litigation, probate law, and trust disputes. He has successfully litigated a wide range of cases, including will contests, breach of fiduciary duty claims, and disputes over the interpretation of trusts and wills. His clients include beneficiaries, heirs, trustees, and executors.

Reiley is known for his strategic approach to estate litigation, which involves a careful analysis of the legal and factual issues at hand, as well as a consideration of the personal dynamics that may be at play in the dispute. He is a skilled negotiator and has successfully resolved many cases through mediation and settlement negotiations.

In addition to his estate litigation practice, Reiley also advises clients on estate planning matters, helping them to develop comprehensive estate plans that can minimize the risk of future disputes. He is a member of the California State Bar and is admitted to practice in all California state courts.

As a dedicated and compassionate advocate for his clients, Reiley is committed to providing the highest level of legal representation. He is widely respected by his peers in the legal community and has earned a reputation as an avid advocate for his clients.

Bar Admissions:

California, 2017

Education:

Loyola Law School, Los Angeles, California, 2016, J.D.

# EXHIBIT "2"

# WHITNEY A. DAVIS

102 Houston Avenue, Third Floor
Weatherford, TX 76086

641 Fulton Avenue, Suite 200
Sacramento, CA 95824

. . .

817-596-4200 (office)
916-719-6827 (mobile)
whit@ekdlaw.com

# Curriculum Vitae

**Professional**:

Member: State Bars of Texas (2013) and California (1990).

Admitted: United States Supreme Court; Eighth and Ninth Circuit Courts of Appeal; All Federal and State Courts in Texas & California; U.S.D.C. Eastern and Western Districts of Arkansas, Eastern District of Pennsylvania,

Rated: Martindale Hubbell: AV-Preeminent Judicial Edition, 2020-2023, AV-Preeminent, 2005-present
Super Lawyers: 2005, 2009-Present (Business & Environmental Litigation)

**Published Opinions**:

U.S. Supreme Court:
-*R. Ray Fulmer, II v. Fifth Third,* S. Ct., #19-555 (cert. denied 1/11/20)
-*Bunch v. Hoffinger Industries, (Doughboy*) (cert. den.), 2005 U.S. LEXIS 5585, 126 S. Ct. 344 (2005).

State Supreme Courts:

-*Bunch v. Hoffinger Industries, (Doughboy*) 123 Cal. App 4th 1278 (C.A. 3rd. Dist. 2004); (rev. den.), 2005 Cal. LEXIS 1702 (2005)

Federal & State Courts of Appeal:
-*R. Ray Fulmer, II v. Fifth Third*, 931 F. 3d 730 (8th Cir., 2019)
-*In Re: Veg Liquidation, Inc.,* 583 B.R. 203 (8th Cir. B.A.P. 2018)
-*Viad Corp v. Superior Court,* 55 Cal. App. 4th 330 (C.A., 2nd Dist. 1997)

*Hoffinger Industries v. Bunch,* 292 B.R. 639 (B. A. P., 8th Cir. 2003)
*Bunch v. Hoffinger Industries,* 329 F. 3d 948 (U.S.C.A. 8th Cir. 2003)
*Bunch v. J.M. Capital Finance* 321 B.R. 515 (Bankr. E.D. Ark. 2005)

<u>Peer-Reviewed Publications</u>:

**Buck, R., & Davis, W. A.** (2010). *Marketing risk: Emotional appeals can promote the mindless acceptance of risk*. In Sabine Roeser, (Ed.), *Emotions and Risky Technologies*. Pp. 61-80. Int'l Library of Ethics, Law and Technology. Vol. 5. New York, NY, USA: Springer

<u>Education</u>:

| | |
|---|---|
| 1987 | University of Arizona, B.S. Business Administration |
| 1990 | University of the Pacific, McGeorge School of Law, J.D (ABA-Acc. 1968) |

<u>Employment</u>:

| | |
|---|---|
| Partner | Eggleston King Davis, LLP (Fort Worth, TX)(2021-present) |
| Owner | Davis Trial Counsel (Dallas, TX)(2013-2021) |
| Owner | K.W. Davis, Attorneys at Law (Sacramento, CA)(2009-2013) |
| Partner – | Charter Davis, LLP 2005-2009 (Sacramento, CA) |
| Partner – | Charter Miller Davis, LLP 2000-2005(Sacramento, CA) |
| Partner – | Hardy Erich Brown & Wilson 1995-2000 (Sacramento, CA) |
| Associate – | Hardy Erich Brown & Wilson 1990-1995 (Sacramento, CA) |

<u>Experience Description</u>:

**Current or Recent:**

<u>General Counsel</u>: managing legal issues for private, multi-national, family-owned group of companies (mining, forestry, real estate, utility, red carpet security and tactical/ NSA in-country force and protection contractors, related ammunition and equipment and canine subsidiaries). Handling compliance, litigation, billing, merger/acquisition, labor and Central American operations.

<u>Managing counsel</u>: led three firms prosecuting $460 million fraud action for U.S. Trustee against sixteen publicly and privately-held (Fayetteville, AR)(Cert. denied by U.S. Supreme Court,1/11/20)

<u>Lead Counsel</u>: leading three law firms prosecuting a $22 million bad faith commercial liability insurance coverage matter and related declaratory relief actions venued in the San Francisco County Superior Court.

Lead Counsel defending aircraft fueling entities in hydrocarbon and nitrate groundwater contamination litigation and state water board enforcement matters. (San Francisco, CA; Nampa, ID; Miami, FL)

**General Corporate**

Reported to nine general counsel concerning more than 900 matters involving: legacy liabilities, IP protection, corporate governance, agency compliance, general commercial contracting and litigation, indemnification strategies, insurance structuring, business combinations, trade secret enforcement and HSR clearance.

Served as outside transactions and litigation counsel to self-insured enterprises: DialCorp, Viad Corp, Dial Corporation, Systems Group of America, Goodyear Tire & Rubber Co., Sherwin-Williams, Aircraft Braking Systems, Powerjet Parts, MCII, Dexter Corporation, Proctor & Gamble, Sierra Pacific Power, Nevada Power.

**Recent Activity**:

Prevailed in reversing the District Court (WDTX) at the Fifth Circuit on FDA federal preemption issue. (2023)

Recovered $5 million in fraudulent transfer matter (Bankruptcy). (Bentonville, AR. 11/17)

$14.6 million binding arbitration award in forestry dispute. (San Francisco, CA 11/18)

Lead negotiator for medical device developers in $20 million, 15-year IP and royalty agreement with device manufacturer. (NYC 9/2018)

Prevailed in quiet title actions concerning 28 complex mineral (oil/gas) interests. (Oklahoma, Texas and California)

Recovered $3.2 million for logistics company from Dallas transportation company for breach of multi-year transportation agreement. (TX & CA)

Recovered $3.8 million in transportation/logistics dispute and obtained future 5 year $17 million logistics contract. (Sacramento, CA)

Continued defense of hydrocarbon, nitrate and other contamination matters.

<u>Legacy Matters</u>:

**Complex Civil Litigation**:

Hundreds of matters litigated to resolution. Dismissal of more than two-hundred actions through summary judgment. At least twenty matters tried to jury verdict in the first chair. At least ten complex litigation matters taken to final award in binding arbitration.

**Transportation**:

2015 - Recovered $3.2 million for breach of exclusive freight agreement.

2008-2014 – Dismissal for costs waiver for bus manufacturer in poly-death bus crash.

2007 – Resolved $21 million technology shipment loss for less than defense costs.

Prepared exclusive freight agreements for aerospace, fine arts and trade show freight operations.

**Product Liability:**

Lead counsel defending latest of more than 150 product liability asbestos matters concerning marine-based distillers, condensers, fuel oil heaters, cranes, power generation plants, reciprocating engines and storage tanks deployed in destroyers, aircraft carriers and other military and merchant marine vessels. All but one matter dismissed with no settlement paid or client prevailed on summary judgment. One mesothelioma matter tried to defense jury verdict in San Francisco Superior Court.

Successfully defended electric generator manufacturer in effect suit concerning six hydro-electric dam generators resolving for cost of summary judgment motion.

Successfully defended (<costs of defense) poly-death product liability matter involving a crane and 500Kv power lines.

Defended approximately fifty product liability personal injury exposure matters concerning aerospace adhesives and phenolic resins used in Stealth Bombers, Space Shuttle solid rocket boosters and six generations of ballistic nuclear missiles through Minuteman.

Defended the Goodyear Tire & Rubber Company and General Tire for more than seven years in eight rollover and de-treading death suits. (Ford Bronco, Ford Econoline Van, Ferrari Testarossa, GMC Vans).

Defended Goodyear subsidiaries for 10 years in dozens of legacy asbestos matters (fire hoses, auto brake assemblies, aircraft brakes, fireproof apparatus, aerospace components).

Remote lower-level associate work defending General Motors A-pillar defect cases involving rollovers.

Innovated mattress flammability as a product and prosecuted 12 matters to settlement. Strengthened U.S. flammability standards as a result (see below).

**Environmental**

Legacy environmental liability consultant for commercial property acquisition elements of business combinations for Viad Corp.

Successfully defended hydrocarbon, heavy metals and nitrate contamination claims before regulatory agencies and in related civil matters for regional redevelopment site.

Successfully defended $24 million commercial underground storage tank (UST) matter and related indemnity actions.

Defended class actions involving pesticides, EPA compliance and reporting.

**Utility Industry**:

Served six years as outside business litigation counsel to Nevada utility company Sierra Pacific Power. Recovered several million dollars for SPP from their power line insulator supplier, along with indemnity agreement.

Represented Proctor & Gamble's Co-Generation group. Recovered more than $3 million to P&G for defective filter housings that imploded Co-gen plant.

**Regulatory**:

Represented four enterprises before state agencies in land-use, zoning and eminent domain matters.

Aerospace:

2013 – Negotiated a $60 million worldwide distribution rights agreement concerning force, linear position, and pressure sensors used in military and commercial aircraft.

2014 - Prevailed for client against Schneider Electric on distribution rights arbitration resulting in $11.7 million settlement to client.

Law, Policy & Media:

2001 - Petitioned the U.S. Consumer Product Safety Commission to adopt a flame-resistance standard for children's and senior's mattresses.

2001 – Appeared on Dateline, Good Morning America and more than 145 local affiliates nationwide to change flammability laws.

2002 – Lobbied and authored new California flammability law (AB 603) which by 2005 became the most demanding flammability safety standard enacted in the United States.

2009 - U.S. Consumer Product Safety Commission adopted Mr. Davis' standard, making it the national flammability standard for mattresses.

Wine and Agriculture:

Represented seven wineries and a host of agricultural concerns on environmental, agency compliance, procurement agreements, acquisitions and distribution agreements, and relate litigation.

AVOCATIONS AND MEMBERSHIPS:

National Cutting Horse Association, Fort Worth, TX
Pacific Coast Cutting Horse Association, California
Arizona Cutting Horse Association

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 1901 Avenue of the Stars, Suite 450, Los Angeles, CA 90067-6006.

A true and correct copy of the foregoing document entitled (*specify*): NOTICE OF APPLICATION AND APPLICATION OF DEBTOR AND DEBTOR-IN-POSSESSION TO EMPLOY SANTIAGO LAW GROUP AND EGGLESTON, KING, DAVIS, LLP, AS ITS SPECIAL LITIGATION CO-COUNSEL; AND STATEMENT OF DISINTERESTEDNESS will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) May 12, 2023 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page.

**2. SERVED BY UNITED STATES MAIL**: On May 12, 2023 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page.

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ________________, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 12, 2023 | Beverly Lew | */s/ Beverly Lew* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**ADDITIONAL SERVICE INFORMATION (if needed):**

## 1. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- **Michael G D'Alba** mdalba@DanningGill.com, DanningGill@gmail.com;mdalba@ecf.inforuptcy.com
- **Aaron E. DE Leest** adeleest@DanningGill.com, danninggill@gmail.com;adeleest@ecf.inforuptcy.com
- **Eric P Israel** eisrael@DanningGill.com, danninggill@gmail.com;eisrael@ecf.inforuptcy.com
- **Noreen A Madoyan** Noreen.Madoyan@usdoj.gov
- **Byron Z Moldo** bmoldo@ecjlaw.com, amatsuoka@ecjlaw.com,dperez@ecjlaw.com
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov
- **Sharon Z. Weiss** sharon.weiss@bclplaw.com, raul.morales@bclplaw.com,REC_KM_ECF_SMO@bclplaw.com

## 2. SERVED BY U.S. MAIL

Debtor and Debtor in Possession
AGS Pro, Inc.
Attn: Lee Andrews, CEO
6133 Bristol Parkway
Suite 175
Culver City, CA 90230-6671

**20 LARGEST UNSECURED CREDITORS**

U.S. Security Associates, Inc.
CSC – Lawyers Incorporating Service, Agent for Service of Process
2710 Gateway Oaks Drive
Sacramento, CA 95833

Santiago Law Group
Attn: Artemio M. Santiago, Esq.
21300 Victory Blvd., Suite 470
Woodland Hills, CA 91367

Mound Cotton Wollan
c/o Officer, Managing or General Agent
One New York Plaza
One Water Street 44th Floor
New York, NY 10004

Global Alliance Protection
c/o Officer, Managing or General Agent
548 West Lancaster Blvd., Unit C
Lancaster, CA 93534

Fortz Legal Support
c/o Officer, Managing or General Agent
25 Division Ave S
Suite 325
Grand Rapids, MI 49503

Eggleston, King, Davis LLP
Attn: Whitney A. Davis, Esq.
102 Houston Avenue
Third Floor
Weatherford, TX 76086

Kaiser Foundation Health Plan Inc.
c/o CSC – Lawyers Incorporating Service, Agent for Service of Process
2710 Gateway Oaks Drive
Sacramento, CA 95833

Capital Premium Financing
c/o Officer, Managing or General Agent
12235 South 800 East
Draper, UT 84020

SP Plus
c/o Officer, Managing or General Agent
6801 Hollywood Blvd
Los Angeles, CA 90028

Weaver & Tidwell, LLP
c/o Chad Valentine, Esq.
400 W Illinois, Suite 1550
Midland, TX 79701

Andy Frain Services
c/o Officer, Managing or General Agent
761 Shoreline Drive
Aurora, IL 60504

XPress Dry Cleaning
c/o Officer, Managing or General Agent
PO Box 27281
Santa Ana, CA 92799

Miller Law Partners
c/o Officer, Managing or General Agent
21600 Oxnard Street, Suite 380
Woodland Hills, CA 91367

Innovative Driven Inc.
c/o Officer, Managing or General Agent
1700 N Moore Street
Suite 1500
Arlington, VA 22209

Big Body Security Inc
c/o Officer, Managing or General Agent
11335 Kimberly Avenue
Pomona, CA 91766

American Bike Patrol Services
c/o Officer, Managing or General Agent
PO Box 3441
Covina, CA 91722

Spec-Ops K9 Security
c/o Officer, Managing or General Agent
980 East Discovery Lane
Anaheim, CA 92801

RJ's Office Equipment
c/o Officer, Managing or General Agent
33225 Acklins Avenue
Acton, CA 93510

Business Consulting Resources
c/o Officer, Managing or General Agent
126 Queen Street, Suite 212
Honolulu, HI 96813

Spec-Ops K9 Security
c/o Jennifer Hourani, Agent for Service of Process
338 North Barrington Avenue
Los Angeles, CA 90049

American Bike Patrol Services
c/o Aaron Roesler, Agent for Service of Process
545 N. Rimsdale, #3441
Covina, CA 91722

Global Alliance Protection
c/o James Scott Bunch, Agent for Service of Process
548 W. Lancaster Blvd.
Lancaster, CA 93534

Big Body Security Inc.
c/o Austin Baeza, Agent for Service of Process
7585 Holland Park St.
Chino, CA 91708

U.S. SECURITY ASSOCIATES, INC.
C/O BRYAN CAVE LEIGHTON PAISNER LLP
Keith D. Klein, Glenn J. Plattner, Jasdeep Atwal,
120 Broadway, Suite 300
Santa Monica, California 90401-2386

U.S. SECURITY ASSOCIATES, INC.
c/o BRYAN CAVE LEIGHTON PAISNER LLP
Brian A. Sher, Lauren J. Caisman
161 North Clark, Suite 4300
Chicago, Illinois 60601

AGS S.A. de C.V.
c/o Officer, Managing or General Agent
Colonia Trejo, 23 Avenida 21 Calle S.O. No. 185
San Pedro Sula, Cortes
HONDURAS